

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| LORENZO J. RAMSEY,<br>        Plaintiff, | § § § | |
| vs. | § § | Civil Action No.: 3:22-4108-MGL |
| SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICE; SUMTER COUNTY SHERIFF OFFICE; SUMTER COUNTY CHAMBER OF COMMERCE; SUMTER SCHOOL DISTRICT 2 OFFICE; STEVEN B. SUCHOMSKI; LACY KRUSZESKI; LARONDA ALFORD; LAURON TAYLOR STUKES; TREVOR C. BROWN, *Sumter County Sheriff*; ANGELA R. TAYLOR, *Chamber of Commerce Judge*; and WILLIAM WRIGHT, *Sumter School District Office*,<br>        Defendants. | § § § § § § § § § § § § § | |

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND SUMMARILY DISMISSING PLAINTIFF'S AMENDED COMPLAINT
WITHOUT PREJUDICE AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

---

Plaintiff Lorenzo J. Ramsey (Ramsey), proceeding pro se, filed an amended complaint against the above-named Defendants, alleging violations of 18 U.S.C. § 242.

This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending the Court summarily dismiss the amended complaint without prejudice and without issuance and service of process for lack of subject-matter jurisdiction. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the

Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on December 21, 2022.  To date, Ramsey has failed

to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct

a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the

record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416

F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover,

a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir.

1985).

After a thorough review of the Report and the record in this case under the standard set

forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment

of the Court Ramsey's amended complaint is summarily **DISMISSED WITHOUT PREJUDICE**

and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 25th day of January 2023, in Columbia, South Carolina.

                                                  s/ Mary Geiger Lewis
                                                  MARY GEIGER LEWIS
                                                  UNITED STATES DISTRICT JUDGE


\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the

date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.